

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00042-CV

Joseph M. **ESPARZA** d/b/a Volaire Jet Interiors and Volaire Jet Interiors, Inc.,
Appellants

v.

Chad F. **CHRISTIAN**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2017CV03128
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's October 17, 2017 judgment is VACATED, and this appeal is DISMISSED. The costs of this appeal are taxed against the appellants.

SIGNED September 26, 2018.

_____
Irene Rios, Justice